■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BAIRON BODDEN, Appellant. [700 NYS2d 833] —Judgment, Supreme Court, Bronx County (Joseph Cerbone, J.), rendered October 16, 1997, convicting defendant, after a jury trial, of robbery in the first degree, and sentencing him, as a second felony offender, to a term of 8 years, unanimously affirmed.

The verdict was not against the weight of the evidence (*People v Bleakley*, 69 NY2d 490). Issues of credibility were properly presented to the trier of fact and we find no reason to disturb its determination. Concur—Rosenberger, J. P., Williams, Lerner, Andrias and Friedman, JJ.